**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

AGILITI HEALTH, INC.,

    *Plaintiff,*

v.

THE BRISTOL HOSPITAL, INC.,

    *Defendant*.

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

Civil Action No.: 3:25-cv-00528

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Agiliti Health, Inc., ("Plaintiff")

states that there is no publicly held corporation that owns 10% or more of its stock.  Plaintiff's

shares are held by THL Agiliti LLC, which is affiliated with Thomas H. Lee Partners, L.P.

DATED: April 4, 2025

    Respectfully submitted,

    */s/ Joshua B. Kons*
    Joshua B. Kons (D. Conn. Bar No. 29159)
    LAW OFFICES OF JOSHUA B. KONS
    92 Hopmeadow Street, Fl 2
    Weatogue, CT 06089
    Tel.: (860) 920-5181
    Email: joshuakons@konslaw.com

    – and –

    David M. Mannion (NY Bar No. 4472486)*
    BLAKELEY LC
    530 Technology Drive, Suite 100
    Irvine, CA 92618
    Tel. (949) 260-0611
    Email: DMannion@BlakeleyLC.com

    **ATTORNEYS FOR PLAINTIFF,
    AGILITI HEALTH, INC.**

    **\*** *Pro hac vice application forthcoming*

-1-

-2-

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 4, 2025, a true and correct copy of the foregoing was filed electronically and served upon any party unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Courts CM/ECF system.

*/s/ Joshua B. Kons*
Joshua B. Kons